IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| AARON SOTO, | )( | Civil Action No.: 7:18-cv-00151 |
| | )( | (Jury Trial) |
| Plaintiff, | )( | |
| | )( | |
| v. | )( | |
| | )( | |
| THE CITY OF MCALLEN, *et al.*, | )( | |
| | )( | |
| Defendants. | )( | |
| | )( | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AS TO DEFENDANT ZUNIGA

TO THE HONORABLE RANDY CRANE:

**COMES NOW,** Plaintiff Aaron Soto noticing the Court as to settlement with Defendant Luis Zuniga. The Plaintiff and Defendant Zuniga will file an agreed motion to dismiss shortly. Defendant Baustista remains in the case.

Respectfully Submitted,

*/s/ Randall L. Kallinen*
Randall L. Kallinen
Kallinen Law PLLC
State Bar of Texas No. 00790995
So. District of Texas Bar No. 19417
511 Broadway Street
Houston, Texas 77012
Telephone:   713/320-3785
FAX:   713/893-6737
Email:   AttorneyKallinen@aol.com

Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been transmitted to all counsel appearing in this cause and pro se parties on this the 30th day of November 2024, by filing with the ECF System of the United States District Court for the Southern District of Texas.

                                          */s/ Randall L. Kallinen*
                                          Randall L. Kallinen