IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| AARON SOTO, | )( | Civil Action No. 7:18-cv-00151 |
| | )( | (Jury Trial) |
| Plaintiff, | )( | |
| | )( | |
| v. | )( | |
| | )( | |
| THE CITY OF MCALLEN, *et al.*, | )( | |
| | )( | |
| Defendants. | )( | |
| | )( | |

## PLAINTIFF'S STIPULATION OF DISMISAL AS TO DEFENDANT BAUTISTA

**TO THE HONORABLE RANDY CRANE:**

Now comes Plaintiff dismissing this case with prejudice as to Defendant Bautista.

Rule 41. Dismissal of Actions
(a) Voluntary Dismissal.
(1) By the Plaintiff.
(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
...

(ii) a stipulation of dismissal signed by all parties who have appeared.

_____
Counsel for Defendant Buatista

_____ 1/3/2025
Counsel for Plaintiff

        Respectfully Submitted,

        /s/ Randall L. Kallinen
        Randall L. Kallinen
        Kallinen Law PLLC
        State Bar of Texas No. 00790995
        So. District of Texas Bar No. 19417
        511 Broadway Street
        Houston, Texas 77012
        Telephone:  713/320-3785
        FAX:  713/893-6737
        Email:  AttorneyKallinen@aol.com

        Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been transmitted to all counsel appearing in this cause and pro se parties on this the 3rd day of January 2025, by filing with the ECF System of the United States District Court for the Southern District of Texas.

        /s/ Randall L. Kallinen
        Randall L. Kallinen