IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| AARON SOTO, | )( Civil Action No. 7:18-cv-00151 |
| | )(     (Jury Trial) |
| *Plaintiff,* | )( |
| v. | )( |
| | )( |
| THE CITY OF MCALLEN, *et al.,* | )( |
| | )( |
| *Defendants* | )( |

### PLAINTIFF'S STIPULATION OF DISMISAL AS TO DEFENDANT ZUNIGA

**TO THE HONORABLE RANDY CRANE:**

Now comes Plaintiff dismissing this case with prejudice as to Defendant Zuniga.

Rule 41. Dismissal of Actions
(a) Voluntary Dismissal.
(1) By the Plaintiff.
(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

...
(ii) a stipulation of dismissal signed by all parties who have appeared.

_Francisco Zabarte w/ permission G. Treviño_
_____
Counsel For Defendant Zuniga

_____
Counsel For Plaintiff

Respectfully Submitted,

LAW OFFICE OF
GREGORIO TREVIÑO
300 E. Expressway 83, Ste. I
Pharr, Texas 78577
Telephone: (956) 283-0067
Facsimile: (956) 283-0077
Email: gtrevlaw@sbcglobal.net

BY: _____
GREGORIO TREVIÑO
Fed. Bar No. 23040
State Bar No. 24003080
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been transmitted to all counsel appearing in this cause and pro se parties on this the **5th** day of January, 2025, by filing with the ECF System of the United States District Court for the Southern District of Texas.

_____
Gregorio Treviño
Attorney for Plaintiff